UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANCE ROSS PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES LIN,<br><br>　　　　Defendant. | Case No.: 1:23-cv-0017 JLT GSA<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO REASSIGN THE ACTION TO A MAGISTRATE JUDGE<br><br>(Doc. 12) |

　　Javance Ross Payne initiated this action by filing a complaint on January 4, 2023. (Doc. 1.) Shortly thereafter, the Court granted Plaintiff's request to proceed *in forma pauperis*. (Doc. 5.) However, the action remains pending for screening under 28 U.S.C. § 1915A(a). Plaintiff acknowledges that he previously declined consent, but because "[i]t has now been two years since the initiation of this litigation and this matter hasn't made it through screening," he now requests the Court assign the matter to a magistrate judge for all further proceedings. (Doc. 12 at 2.) He asserts that his declining of magistrate judge jurisdiction "was not a knowing and intelligent waiver" and indicates a belief that consent would expedite the screening process. (*Id.*)

　　As Plaintiff acknowledges, this Court does encourage consent to magistrate judge jurisdiction due to the on-going judicial emergency in the Eastern District of California. However, the Court is unable to reassign the matter to a magistrate judge for all further proceedings at this time, because it must wait to determine whether the defendant—who has not yet received service— also consents to

1

the jurisdiction of the magistrate judge.  Moreover, Plaintiff is informed that the screening process is pending before the assigned magistrate judge as a matter of practice in this District.  Thus, to the extent that Plaintiff simply wishes to consent to the magistrate judge to expedite the screening of his complaint, such reassignment would not expedite the process.  The Court will provide Plaintiff with its consent form for filing, for Plaintiff to complete if he now chooses to consent to a magistrate judge under 28 U.S.C. § 636(c). Thus, the Court **ORDERS**:

1. Plaintiff's request for reassignment to a magistrate judge (Doc. 12) is **DENIED** without prejudice.
2. The Clerk of Court is directed to serve this order with the Court's consent/decline form.

IT IS SO ORDERED.

Dated:   **August 10, 2025**

UNITED STATES DISTRICT JUDGE